| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:02CR39-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: DEON LAMONT WIMS 3035 N. W. 83rd Terrace Miami, Florida 33147 | DISTRICT Florida Northern | DIVISION Gainesville |
|---|---|---|
| | NAME OF SENTENCING JUDGE Maurice M. Paul | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM February 15, 2008 / TO February 14, 2016 |

OFFENSE

Conspiracy to Distribute and Possession With Intent to Distribute More Than Five Hundred Grams of Cocaine, in violation of 21 U.S.C. §841(b)(1)(B)(ii) and 846.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction.

*March 6, 2008*
Date

*Maurice M. Paul*
Sr. United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*3/20/08*
Effective Date

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST FLA
GAINESVILLE, FLA.

2008 APR -2 PM 3:47

United States District Judge

FILED